**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 806 MAL 2014
:
          Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.             :
:
:
:
LAVET I. HENDERSON,     :
:
          Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.